STATE of Missouri, Respondent,

v.

Sean T. WRIGHT, Appellant.

No. WD 67265.

Missouri Court of Appeals, Western District.

Feb. 26, 2008.

Appeal from the Circuit Court of Buchanan County, Randall R. Jackson, Judge.

Rosalynn Koch, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Shaun Mackelprang and Richard A. Starnes, Office of Attorney General, Jefferson City for Respondent.

Before VICTOR C. HOWARD, Chief Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Sean T. Wright appeals the circuit court's judgment convicting him of first-degree statutory sodomy and second-degree statutory sodomy. We affirm in this per curiam order pursuant to Rule 30.25(b).